| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | RITA BOSWORTH |
|   | Assistant Federal Public Defender |
| 3 | 55 South Market Street, Suite 820 |
|   | San Jose, CA 95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant SCHUETTE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 15 CR 316 EJD |
| Plaintiff, | ) | |
|  | ) | STIPULATION AND [PROPOSED] ORDER |
| vs. | ) | TO CONTINUE HEARING |
|  | ) | |
| CHRISTOPHER SCHUETTE, | ) | |
|  | ) | |
| Defendant. | ) | |

Defendant Christopher Schuette and the government hereby stipulate and agree that the detention hearing, currently scheduled for Monday, July 13, at 1:30 p.m. may be continued to Tuesday, July 14, 2015 at 1:30 p.m. The reason for the requested continuance is defense counsel has a previously unknown conflict on July 13 and would like to be present for the hearing. Because Mr. Schuette's initial appearance was on July 8, the additional day is still within the five-day continuance period specified in 18 U.S.C. § 3142(f)(2). Because a motion for detention is pending, time will continue to be excluded under the Speedy Trial Act until the date of the detention hearing.

//

1 | Dated: July 13, 2015

                                            s/_____
                                            RITA BOSWORTH
                                            Assistant Federal Public Defender

Dated: July 13, 2015

                                            s/_____
                                            MARISSA HARRIS
                                            Assistant United States Attorney

## ORDER

Good cause being shown, the Court hereby grants the stipulation to move the defendant's detention hearing from July 13 to July 14 at 1:30 p.m.

7/13/15

                                            _____
                                            HOWARD R. LLOYD
                                            United States Magistrate Judge