UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>CHRISTOPHER SCHUETTE,<br>　　　　Defendant. | Case No. 5:15-cr-00316-EJD<br><br>**ORDER DENYING "MOTION FOR DISMISSAL OF CASE AND RELEASE FROM CUSTODY"** |

Pursuant to a plea agreement filed January 11, 2016, Christopher Schuette ("Defendant") pled guilty to Distribution of Child Pornography in violation of 18 United States Code § 2252(a)(2) and Unlawful Use of a Means of Identification in violation of 18 United States Code § 1028(a)(7). Dkt. No. 20. Defendant was sentenced to a term of imprisonment of 90 months.

Presently before the court is Defendant's "Motion For Dismissal of Case and Release From Custody" ("Motion"). *See* Docket Item No. 4. Defendant requests that the case against him be dismissed because Docket No. 39 (a request for documents) "has been in effect for over 14 months" and Defendant has "not been returned to court to challenge the pending counts." *Id*. Defendant requests that he be released immediately "on the grounds of numerous critical errors. . . including (but not limited to) illegal time exclusion, failure of the courts to respond in a timely manner, ineffective counsel on the part of Ms. Bosworth, the fact Title 18 United States Code is not ratified." *Id*.

The Motion is DENIED because pursuant to the plea agreement, Defendant (1) agreed to give up his right to appeal his conviction, the judgment and orders of the court, and any aspect of

his sentence; (2) agreed not to file any collateral attack on his conviction or sentence, including a petition under 28 U.S.C. § 2255 or 28 U.S.C. § 224; and (3) agreed not to seek relief under 18 U.S.C. § 3582. *See* Dkt. No. 20, ¶¶ 4, 5. Defendant reserved his right to claim ineffective assistance of counsel in connection with negotiation of his plea agreement or entry of his guilty plea. Defendant's Motion, however, fails to set forth a cognizable claim for ineffective assistance of counsel.

**IT IS SO ORDERED.**

Dated: June 17, 2019

EDWARD J. DAVILA
United States District Judge